### PETTIBONE v. ADMINISTRATORS OF LEMUEL ROBERTS.

A decree of foreclosure in favor of the assignee of the mortgagee, where the estate doth not exceed the debt, cost, and repairs.

PETITION in chancery for the foreclosure of the equity of redemption in a mortgaged estate — showing that on the 12th of September A. D. 1789 said Lemuel mortgaged a farm of 101 acres to James Roberts and Amos Gillet for £324 13s. lawful money and the interest, payable in eighteen months; that on the 12th of August A. D. 1790, said James and Amos assigned said mortgage to the petitioner; that thirty-seven acres of said farm was mortgaged to one Price of Boston, previous to the deed to said James and Amos, for £100, of which they had no knowledge; that the petitioner's debt against said Lemuel was £57; that said Lemuel's estate was insolvent, and that the petitioner had been put to expense in defending the title to said farm in the Circuit Court.

Upon a hearing on the merits, the court found that the value of the estate did not exceed the debt due on the mortgage to James and Amos, the mortgage to Price, and the petitioner's own debt and the cost incurred in the Circuit Court and necessary repairs; and thereupon decreed a foreclosure on the administrator's failing to pay the aforesaid sum and the cost of this petition.